No. 89–489. SMITH *v.* MASSACHUSETTS INSTITUTE OF TECHNOLOGY ET AL. C. A. 1st Cir. Certiorari denied. ■

No. 89–490. JAY *v.* SUCHER ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 89–492. NISTANK *v.* KABOLI. Sup. Ct. Nev. Certiorari denied. ■

No. 89–500. MILLWRIGHT LOCAL No. 1079 *v.* UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA ET AL. C. A. 6th Cir. Certiorari denied. ■

No. 89–502. WOLFBERG *v.* GREENBERG. C. A. 10th Cir. Certiorari denied.

No. 89–505. THOMPSON *v.* HINTON, JUDGE, FLEMING CIRCUIT COURT. Sup. Ct. Ky. Certiorari denied.

No. 89–507. PACIFIC LIGHTING LAND CO. *v.* JOHNSON ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 89–519. BURR ET VIR *v.* HUTHNANCE DRILLING CO. ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 89–545. BOWLING *v.* BRONNER ET AL. C. A. 11th Cir. Certiorari denied. ■

No. 89–561. LaRAIA *v.* PHILLIS ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 89–574. MILLER *v.* CITY OF LOCK HAVEN ET AL. C. A. 3d Cir. Certiorari denied. ■

No. 89–581. CORPORATION OF MERCER UNIVERSITY *v.* UNITED STATES GYPSUM CO. ET AL. C. A. 11th Cir. Certiorari denied. ■

No. 89–614. LOCAL 112, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO *v.* BRAY ET AL. Sup. Ct. Wash. Certiorari denied. ■

No. 89–622. TRIMPER *v.* UNITED STATES. Ct. Mil. App. Certiorari denied. ■